Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

November 16, 2022

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ERIC KUSHANEY, <br><br> Defendant. | NO. CR22-203 JHC <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Distribution of Child Pornography)

On or about November 1, 2022, in Whatcom County, within the Western District of Washington, and elsewhere, ERIC KUSHANEY knowingly distributed, and attempted to distribute any visual depiction—the production of which involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct—using any means and facility of interstate and foreign commerce, such visual depiction had been mailed and shipped and transported in and affecting interstate and foreign commerce, and such visual depiction contained materials that have been mailed and so shipped and transported, by any means, including by computer.

All in violation of Title 18, United State Code, Section 2252(a)(2) and 2252(b)(1).

Indictment - 1
United States v. Kushaney
USAO No. 2022R01224

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Possession of Child Pornography)

Beginning on an exact date unknown and continuing until on or about November 1, 2022, in Island County, within the Western District of Washington, and elsewhere, ERIC KUSHANEY knowingly possessed matter that contained visual depiction—the production of which involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct—that was mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and that was produced using materials that had been so mailed and shipped and transported by any means, including by computer, and the depictions of child pornography involved in the offense included images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2).

### **FORFEITURE ALLEGATION**

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of either offense alleged in Counts 1 and 2, ERIC KUSHANEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all property used to commit or to facilitate commission of the offense, any proceeds of the offense, and any data files consisting of or containing visual depictions within the meaning of Title 18, United States Code, Section 2253(a)(1).

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;

Indictment - 2
United States v. Kushaney
USAO No. 2022R01224

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

d.  has been substantially diminished in value; or,

e.  has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 16 November 2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
GRADY J. LEUPOLD
Assistant United States Attorney

_____
MATTHEW P. HAMPTON
Assistant United States Attorney

Indictment - 3
United States v. Kushaney
USAO No. 2022R01224

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970