JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC KUSHANEY,<br><br>　　　　Defendant. | No. CR22-203-JHC<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND |

THE COURT has considered the unopposed motion to modify the conditions of Eric Kushaney's bond to allow him to meet with members of his support groups with advance approval from his probation officer and location monitoring specialist along with the records in this case.

IT IS NOW ORDERED that Mr. Kushaney's appearance bond shall be modified as follows:

　　The defendant shall be permitted to meet one on one with a support group member on Sundays for one hour at a location approved in advance by the location monitoring specialist and probation officer.

DATED this 13th day of January, 2023.

_____
HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen Fitzharris*
Assistant Federal Public Defender
Attorney for Erick Kushaney

ORDER GRANTING UNOPPOSED MOTION TO
MODIFY BOND CONDITIONS
(*U.S. v. Kushaney*, CR22-203-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100