JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-203-JHC |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBITS |
| ERIC KUSHANEY, | |
| Defendant. | |

THE COURT has considered the defense motion to file Exhibits 1 and 2 under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1 and 2 be filed under seal.

DONE this 13th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
s/ *Colleen P. Fitzharris*
Attorneys for Eric Kushaney

ORDER TO SEAL EXHIBITS
(*US v. Kushaney,* CR22-203-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100