UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-203-JHC |
| Plaintiff, | |
| v. | ORDER TO SEAL SENTENCING MEMORANDUM AND EXHIBITS |
| ERIC KUSHANEY, | |
| Defendant. | |

THE COURT has considered the defense motion to file Eric Kushaney's Sentencing Memorandum and exhibits under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Sentencing Memorandum and its exhibits be filed under seal.

DONE this 8th day of July 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL SENTENCING
MEMORANDUM AND EXHIBITS
(*US v. Kushaney,* CR22-203-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100